BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00427 AWI |
|---|---|---|
| Appellee, | ) | STIPULATION TO ALTER BRIEFING SCHEDULE;ORDER THEREON |
| v. | ) | |
| SEAN HARRINGTON, | ) | DATE:    To be Determined<br>TIME:    To be Determined<br>Hon. Anthony W. Ishii |
| Appellant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Wallace J. Lee, Counsel for Appellee, and Katherine L. Hart, Counsel for Appellant Sean Harrington, that the briefing schedule be altered. The parties request the following briefing schedule: Appellee's brief shall be filed and served by April 19, 2012. Appellant's reply brief shall be filed and served by May 3, 2012.

The parties base this stipulation on good cause, in that the government did not receive electronic service of the appellant's

//

//

opening brief. This revised schedule has been discussed and agreed to by the parties.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 29, 2012        By   /s/ Wallace J. Lee
                                          WALLACE J. LEE
                                          Special Assistant U.S. Attorney

DATED: March 29, 2012               /s/ Katherine L. Hart
                                          KATHERINE L. HART
                                          Attorney for Appellant
                                          (authorized on March 29, 2012)

## **O R D E R**

IT IS HEREBY ORDERED that the parties' request is granted. Appellee's brief shall be filed and served by April 19, 2012 and Appellant's reply brief shall be filed and served by May 3, 2012.

IT IS SO ORDERED.

Dated:    March 30, 2012                          /s/
                                          CHIEF UNITED STATES DISTRICT JUDGE