KATHERINE HART #76715
Law Offices of Katherine Hart
2055 San Joaquin Street
Fresno, CA 93721
Tel: (559) 256-9800
Fax: (559) 256-9798

Attorney for Defendant,
SEAN HARRINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 1:11-cr-00427 AWI |
| Plaintiff-Appellee, | ) | |
| | ) | **NOTICE OF APPEAL**, REQUEST FOR WAIVER OF FILING FEE ON APPEAL AS DEFENDANT IS INDIGENT; ORDER FOR WAIVER OF FILING FEE ON APPEAL |
| vs. | ) | |
| SEAN HARRINGTON, | ) | |
| Defendant-Appellant | ) | |

Defendant SEAN HARRINGTON, through his attorney KATHERINE HART, hereby files a NOTICE OF APPEAL to the Ninth Circuit Court of Appeals from the order affirming defendant's conviction and judgment under 36 C.F.R. § 4.23)(c)(2) filed August 9, 2012. Defendant HARRINGTON timely appealed from the judgment of the magistrate of the Eastern District filed December 7, 2011. The district court affirmed such judgment (Document 34) on August 9, 2012. Defendant was determined to be indigent, and was represented by CJA (Criminal Justice Act) counsel at the district court level; therefore defendant/appellant requests that he be relieved from the requirement of paying filing fees on appeal.

1

Dated: August 21, 2012          /s/Katherine Hart
                                KATHERINE HART, Attorney at Law


Dated: August 21, 2012          /s/Sean Harrington
                                SEAN HARRINGTON, Defendant-Appellant

## ORDER

CJA (Criminal Justice Act) counsel having been appointed to represent defendant SEAN HARRINGTON at the district court level, it is hereby ordered that filing fees and costs for the appeal are hereby waived.

IT IS SO ORDERED.

Dated:   August 22, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

2